# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**Jerrye Dee Milligan**                                                                 **Plaintiff**

### No. 3:13-CV-240-JTR

**Carolyn W. Colvin, Acting Commissioner,**                              **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Order filed this date, Judgment is entered in favor of Defendant. This case is DISMISSED, WITH PREJUDICE.

DATED this 3rd day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE